**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant,
ALBERTO VILLAREAL

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ALBERTO VILLAREAL,<br><br>          Defendants. | Case No.: 1:13-CR-00245-AWI-BAM<br><br>**STIPULATION TO CONTINUE MOTION HEARING AND EXTEND BRIEFING SCHEDULE AND  ORDER.** |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective clients that the Motions hearing currently scheduled for Monday, February 10, 2014, at 10:00 a.m., be continued to **April 14, 2014**, at 10:00 a.m., or as soon thereafter as is convenient with the court's calendar, and the briefing schedule be continued as follows:

Motions to be filed on or before **March 11, 2014**

Opposition/Response to be filed on or before **March 25, 2014**

Replies to be filed on or before **April 2, 2014**

This continuance is requested by counsel for Defendant VILLAREAL, due to the fact that counsel for Defendant just received an important piece of evidence, to wit a driver's license.  The license was thought to have been booked into evidence, but it was returned to

1
Stipulation to Continue Motion Hearing and Extend Briefing Schedule and [Proposed] Order.

Defendant's family when he was transferred to the custody of the United States Marshal's Service.

Counsel for Defendant has spoken with Assistant U. S. Attorney, Kathleen Servatius, who has no objection to this continuance.

The parties agree that time shall be excluded from the filing of the motions through the hearing date on April 14, 2014, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

Dated: February 6, 2014.

    /s/ Mark W. Coleman
MARK W. COLEMAN
Attorney for Defendant
ALBERTO VILLAREAL

Dated: February 6, 2014.

    /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant United States Attorney

* * * * *

IT IS SO ORDERED.

Dated:   February 6, 2014                    _____
                                             SENIOR  DISTRICT  JUDGE