UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO VILLAREAL,<br><br>Defendant. | No. 1:13-cr-00245 AWI<br><br>**ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Villareal is entitled to the benefit Amendment 782, which reduces the total offense level from 28 to 26, resulting in an amended guideline range of 78 to 97 months. A reduction comparable to the one received initially yields a term of 62 months. This Court has considered the Section 3553(a) factors and, for the same reasons that the sentencing court imposed a sentence below the low end of the Guideline Range at the defendant's sentencing on October 9, 2013, the Court finds that the Section 3553(a) factors support a reduction of sentence below the low end of the amended guideline range.

IT IS HEREBY ORDERED that the term of imprisonment imposed on June 2, 2011 is reduced to a term of 69 months. If this sentence is less than the amount of time the defendant has already served as of the date of this order, the sentence is reduced to a time served sentence.

///

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an AO247 form reflecting the above reduction in sentence, and shall serve certified copies of the AO247 on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Villareal shall report to the United States Probation Office within seventy-two hours after his release.

The Clerk of the Court is respectfully directed to terminate this defendant and close the case.

IT IS SO ORDERED.

Dated:  January 25, 2016                           _____
                                                                       SENIOR  DISTRICT  JUDGE