AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:13-cr-00245-AWI-BAM   Document 31   Filed 02/18/16   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ALBERTO VILLAREAL | ) | Case No: 1:13-CR-00245-001 AWI |
| | ) | USM No: 70202-097 |
| Date of Original Judgment: 10/09/2013 | ) | |
| Date of Previous Amended Judgment: | ) | Hannah R. Labree |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  96 months  **is reduced to**  69 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  12/08/2010  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/18/2016

/s/ Anthony W. Ishii
*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

Honorable Antohy W. Ishii
*Printed name and title*